UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MILDRED HICKS JOHNSON,

          Plaintiff,

v.                                                Case No. 05-10331-BC
                                                Honorable David M. Lawson

MEMPHIS HOUSING, ROBERT
LIPSCOMB, and TAMI MOSS,

          Defendants.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT**
**AND RECOMMENDATION AND DISMISSING CASE**

      Presently before the Court is the report issued on March 31, 2006 by Magistrate Judge Charles E. Binder pursuant to 28 U.S.C. § 636(b), recommending that this Court *sua sponte* dismiss the case for failure to state a claim upon which relief can be granted. Although the magistrate judge's report explicitly stated that the parties to this action may object to and seek review of the recommendation within ten days of service of the report, no objections have been filed. The parties' failure to file objections to the Report and Recommendation waives any further right to appeal. *Smith v. Detroit Federation of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the motion. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the Magistrate Judge.

      Accordingly, it is **ORDERED** that the Magistrate Judge's Report and Recommendation [dkt

# 5] is **ADOPTED**, and the plaintiff's case is **DISMISSED WITH PREJUDICE**.

                                           s/David M. Lawson  
                                           DAVID M. LAWSON  
                                           United States District Judge

Dated: April 20, 2006

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on April 20, 2006.

                                    s/Tracy A. Jacobs  
                                    TRACY A. JACOBS